MB

PROB.22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| | | DOCKET NUMBER (Tran. Court)<br>98CR414-06 (Indictment)<br>00CR335-01 (Information) | |
| | | DOCKET NUMBER (Rec. Court) | |
| NAME AND ADDRESS OF SUPERVISED RELEASEE<br><br>Victor Samaha<br>22 Wilson Drive<br>Narragansett, RI 02882 | DISTRICT<br>New Jersey | DIVISION<br>Newark | |
| | NAME OF SENTENCING JUDGE<br><br>Honorable William G. Bassler<br>United States District Judge | | |
| | DATES OF SUPERVISED RELEASE | FROM:<br>02/28/04 | TO:<br>02/27/07 |

OFFENSE

Indictment - 98CR414-06
Conspiracy to Commit Securities Fraud in violation of Title 18, United States Code, Section 371(Count 1) & Securities Fraud in violation of Title 15, United States Code, Sections 78j(b) &78ff(Counts 43, 44, 45, 46, 47, 48 & 49)
Information - 00CR335-01
Conspiracy to Obstruct Justice in violation of Title 18, United States Code, Sections 371 & 1503(a) (Count 1)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF <u>NEW JERSEY</u>.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Rhode Island upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.

Feb. 14 2006
*Date*

William G Bassler
*Honorable William G. Bassler*
*United States District Judge*

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE RHODE ISLAND

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/17/06
*Date*

Ernest C Torres
*Honorable Ernest C. Torres*
*Chief United States District Judge*

True Copy
DAVID A. DiMARZIO
By